**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Steven A. Hewitt,            :
13270 Main Avenue,           :
P.O. Box 401,                :
Cobb Island, MD 20625,       :
301-259-2032,                :
COMPLAINANT                  :
                             :
     VS.                     :   CASE NO. _____07 1097_____
                             :
Condoleezza Rice,            :
   Secretary,                :
Department of State,         :
2201 C Street N.W.           :
Washington, DC 20520         :
DEFENDANT                    :

**Motion to Accept a US P.O. Box 401**

**Comes,** Now the Complainant Steven A. Hewitt, this day 29<u>th</u> of May, 2007, Currently Unrepresented *Pro-Se*, requesting that this Honorable United States District Court For The District Of Columbia, grant this Motion for the use of a Post Office Box 401, because Mr. Hewitt lives on an island where there is no mail delivery. There is only General Delivery and P.O. Box delivery. I have enclosed a letter from the Post Master of Cobb Island to verify the fact of not having any mail delivery here.

RECEIVED
MAY 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

1

Mr. Hewitt request that this Motion for the use of a P.O. Box 401 being used to correspond with this Honorable United District Court For The District Of Columbia, and grant this Motion instead of his natural address of 13270 Main Ave. Cobb Island, Maryland 20625. I Humbly and Prayerfully ask for this. Thank you for your consideration in this matter.

Steven A. Hewitt

Date: 5/29/07

*Steven G Hewitt I*

13270 Main Ave.
P.O. Box 401
Cobb Island, MD 20625
301-259-2032

**U.S. Postal Service**
17009 Cobb Island Road
Cobb Island, MD 20625-9998



To whom it may concern:

Re: Steven A. Hewitt

The Cobb Island Post Office has no street delivery, so all residents are required to use the P.O. Box address or General Delivery service.

Mr. Hewitt has requested this letter to verify his address. According to the County records and information on Postal records is referenced below:

> Steven A. Hewitt
> 13270 Main Avenue
> P.O. Box 401
> Cobb Island, MD 20625-0401

Any additional information needed, please contact me at (301) 259-4159.

*Sandra L. Bailey*
Sandra L. Bailey
Postmaster
Cobb Island Post Office

EP-51

UNITED STATES POSTAL SERVICE
20625-9998

Steven R. Hewitt
P.O. Box 401
Coss Island MD 20625-0401

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10