UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| STEVEN A. HEWITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07 1097 |
| | ) | |
| CONDOLEEZZA RICE, | ) | |
| Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is hereby

ORDERED that plaintiff's "Motion to Accept a U.S. P.O. Box 401" is GRANTED.

Plaintiff may use a post office box as his mailing address.

SO ORDERED.

_____
United States District Judge

Date: 6/1/07