FILED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Steven A. Hewitt,<br>13270 Main Avenue,<br>P.O. Box 401,<br>Cobb Island, MD 20625,<br>301-259-2032,<br>**COMPLAINANT**<br><br>VS.<br><br>Condoleezza Rice,<br>   Secretary,<br>Department of State,<br>2201 C Street N.W.<br>Washington, DC 20520<br>**DEFENDANT** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   CASE NO. _____ 07 1097<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## Motion for a Court Appointed Counsel

**Comes**, Now the Complainant Steven A. Hewitt, this day <u>29th</u> of May, 2007, Currently Unrepresented *Pro-Se*, requesting that this Honorable United States District Court For The District Of Columbia, grant this Motion for Court Appointed Counsel to be Appointed to the Complainant, Steven A. Hewitt. Mr. Hewitt lives off of a Disability Pension of only $1,376.15 as is stated in the evidence provided to this Honorable Court.

Page 1

RECEIVED
MAY 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5

Mr. Hewitt has a 16 year old son in his sole custody to which he receives no other income from any sources as, child support, welfare, social security or food stamps and has to pay $400.00 a month for housing in which Mr. Hewitt shares a bedroom with his son and cannot afford an attorney with the income he receives from his Government Disability Retirement Pension. Mr. Hewitt hereby Prayfully request, that this United States District Court For The District Of Columbia, will Grant this Motion for a Court Appointed Attorney. I Humbly and Prayerfully ask for this. Thank you for your consideration in this matter.

Date: 5/29/07

Steven A. Hewitt

*Steven A. Hewitt* (signature)

13270 Main Ave.
PO Box 401
Cobb Island, MD 20625
301-259-2032