UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STEVEN A. HEWITT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1097 (RWR) |
| | ) | |
| CONDOLEEZZA RICE, | ) | |
| Secretary, U.S. Department of State, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN
EXTENSION OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from September 4, 2007, up to and including October 4, 2007. Counsel for the Defendant anticipates that this response will be in the form of a dispositive motion. Counsel for the Defendant attempted to contact Plaintiff *pro se* concerning his position on this motion but was unable to reach him. As grounds for this motion, Defendant submits the following:

The Complaint is both lengthy and ambiguous. Specifically, the Complaint is thirty-six pages long and appears to be a narrative of past events as opposed to a discrete outline of claims. The nature of the Complaint has required and continues to require more time than usual to decipher. Further, Counsel for the Defendant's demanding litigation schedule necessitates this request for an extension of time. Specifically, Counsel for the Defendant was scheduled to file two substantial

filings in the District Court on Wednesday, August 22, 2007: (1) a reply brief in the class action suit, Hubbard v. Potter, 03-1062 (RJL) and (2) a dispositive motion in Negley v. Federal Bureau of Investigation, 03-2126 (GK), for the latter of which filings Counsel sought and obtained an extension of time to file on August 24, 2007.  Counsel had to file thereafter Exhibits for the reply brief in Hubbard under seal, pursuant to the Court's Protective Order.  Counsel as well must file responses to Complaints in Rahman v. Johanns, 06-1283 (JDB) and Bruzon v. Drug Enforcement Administration, 07-1393 (EGS), respectively, on September 24, 2007 and October 2, 2007.

Counsel moreover has significant obligations in the class action suit of Johnson v. District of Columbia, *et al*., 02-2364 (RMC):  (1) a Response to Plaintiff's Motion for Class Certification due on August 30, 2007 and (2) several depositions during the week of August 27, 2007, for which witnesses had to be prepared.  Counsel for Defendant further had and has two significant responsibilities in filings in the U.S. Court of Appeals for the District of Columbia:  on August 29, 2007, a final brief in Canadian Commercial and, on September 7, 2007, oral argument in Patterson v. Johnson, Appeal No. 05-5415.  These and other personal and professional responsibilities of Counsel for the Defendant, including discovery in Title VII cases, in the middle and latter part of September, necessitate this requested extension until October 4, 2007.

WHEREFORE, Defendant submits that this motion for an extension of time, up to and including October 4, 2007, to file a response to the Complaint should be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 498-610

By:        _____/s/_____
        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 616-0739

        Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2007, I caused the foregoing Defendant's Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Plaintiff *pro se* by mail, postage prepaid, addressed as follows:

**Steven A. Hewitt**
**P.O. Box 401**
**Cobb Island, MD 20625**


_____/s/_____
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. HEWITT,           )<br>                              )<br>           Plaintiff     )<br>                              )<br>     v.                       )<br>                              )<br>CONDOLEEZZA RICE,            )<br>Secretary, U.S. Department of State,  )<br>                              )<br>           Defendant.   )<br>                              ) | Civil Action No. 07-1097 (RWR) |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including October 4, 2007, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Steven A. Hewitt
P.O. Box 401
Cobb Island, MD 20625