# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Steven A. Hewitt,<br>13270 Main Avenue,<br>P.O. Box 401,<br>Cobb Island, MD 20625,<br>301-259-2032,<br>**COMPLAINANT**<br><br>VS.<br><br>Condoleezza Rice,<br>    Secretary,<br>Department of State,<br>2201 C Street N.W.<br>Washington, DC 20520<br>**DEFENDANT** | **RECEIVED**<br>SEP 2 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CIVIL ACTION NO. **07-1097 RWR** |

## RESPONSE TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINANT CONSIDERATION

**Comes** now, the Complainant, Steven A. Hewitt, this day 20th day of September 2007, presently unrepresented *Pro-se*, having made a Motion for a Court Appointed Counsel due to Financial Hardship. On the day of Tuesday August 8, 2007 the Complainant in the aforementioned Civil Action case number, received a call from the U.S. Department of Justice and the United States Attorney of the District of Columbia, Judicial Center from a gentlemen named, Mr. Tim Rice.

Page 1

There was a message left on the Complainants answering machine requesting that the Complainant call the office of the U.S. Attorney Civil Division of Mr. Oliver McDaniel. The call was in reference to an extension being agreed to by the complainant from the September 4, 2007 deadline, of 30 days, to October 4, 2007. Mr. Hewitt, the complainant in this case was unable to return Mr. Rice's call until Friday August 11, 2007 due to Mr. Hewitt being under doctors care for a possible heart attack or stroke happening approximately 6 weeks earlier and was under going treatment to which this was explained to Mr. Rice when Mr. Hewitt called and apologized for the delay in returning of his call. Mr. Hewitt told Mr. Rice he did not have any problem with his request, but it was thought by Mr. Hewitt that the U.S. Attorney's Office should be making a Motion before the Court for such a request.

   Mr. Rice being very cordial explained that he had already requested from the Court that the extension be granted and thanked Mr. Hewitt for returning his call. The following day Mr. Hewitt received the letter from the Court stating that the Court had Granted the request. It was also stated by Mr. Rice, that Mr. Hewitts Complaint was both lengthy and ambiguous.

With all due respect to this Honorable Court, it is and never was the intent to over burden this court with any lengthy Complaint. Mr. Hewitt has tried to bring forth only the truth and outline the factual events that transpired.

Throughout this whole ordeal, it was not made clear to me until Ms. Clemens with the EEO explained the time line and how things should have been done in the assigning of a counselor to me when this incident first took place. It is with my sincerest apologizes first and foremost to this Honorable Court, Judge Richard W. Roberts and to the U.S. Attorneys office for the length of my Complaint and the fact that Counsel finds my Complaint to be ambiguous. I will not even attempt to pretend to be an attorney and I do not mean to insult this Honorable Fiduciary or to over burden the Courts with this matter. I am only trying to find Due Justice under the Law in this burdensome and demeaning event that has been done to me and to show all the violations that were committed against me according to the Code of Federal Regulations and I felt it was necessary to address the many violations as is clearly outlined in the Code of Federal Regulations.

Wherefore, it is for this very reason that I, Steven A. Hewitt, the Complainant in this Civil Action No. <u>07-1097 (RWR)</u>, am pleading with this Honorable United States District Court for the District of Columbia, to please consider my Plea, to appoint Mr. Hewitt a Counsel, so all requirements of this Honorable Court can be held to the Highest Standards that are required by this United States District Court For the District of Columbia.

I, hereby Respectfully, Pray for this;

Steven A. Hewitt
13270 Main Ave.
PO Box 401
Cobb Island, MD. 20625
301-259-2032
Complainant,

Date: <u>9/20/07</u>   *[signed]* Steven A. Hewitt I

Page 4

## CERTIFICATE OF SERVICE

I, Steven A. Hewitt hereby certify that on this 20th day of September, that a foregoing copy of this; Response to the Defendant's, Motion for an Extension of Time to File an Answer or Other Responses to the Complainant, and that the request for a Court appointed Counsel, be considered by the Honorable U.S. District Court, Judge Robert W. Richards has been sent to the Defendant by Certified/Registered return receipt, U.S. postage prepaid mail to, Mr. Oliver W. McDaniel the Assistant United States Attorney Civil Division, at 555 Fourth Street, N.W. Washington, D.C. 20530. (202) 616-0739.

Steven A. Hewitt, I

*/s/ Steven a Hewitt I*

P.O. Box 401
13270 Main Ave.
Cobb Island, MD 20625
(301) 259-2032