UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. HEWITT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-1097 (RWR) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary, U.S. Department of State, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from October 4, 2007, up to and including October 16, 2007. This is Defendant's second requested extension. Counsel for the Defendant still anticipates that this response will be in the form of a dispositive motion. Counsel for the Defendant attempted to contact Plaintiff *pro se* concerning his position on this motion but was unable to reach him. As grounds for this motion, Defendant relies on the following memorandum in support.

This extension of time is necessitated because it has taken Counsel for the Defendant much more time than originally anticipated to address litigation demands in other cases. Counsel for Defendant had to prepare for and present oral argument before the U.S. Court of Appeals for the District of Columbia Circuit in <u>Patterson v. Johnson</u>, Appeal No. 05-5415. Counsel for Defendant

has had to address litigation issues in what has become a protracted Freedom of Information Act lawsuit, in which discovery was ordered, Negley v. Federal Bureau of Investigation, 03-2126 (GK), and in Rahman v. Johanns (now Connor), C.A. No. 06-1283 (JDB).  Moreover, Counsel for the Defendant has expended significant time resolving by mediation the cases of Brown Helicopter, Inc., et al. v. U.S. Dept. of Defense, C.A. No. 06-840 (JR) and Pantazes v. Jackson, C.A. No. 04-1056 (ESH) and making efforts to resolve Kriesch v. Connor, C.A. No. 05-2402 (RMC) and Getz v. Lambright, C.A. No. 05-1195 (HHK).

In addition to these more time-consuming litigation demands, Counsel also had continuing responsibilities in the local class action suit of Johnson v. District of Columbia, et al., 02-2364 (RMC), and in the nationwide class action suit, Hubbard v. Potter, 03-1062 (RJL), including deposing the opposing party's expert witness on September 21, 2007.  Counsel for the Defendant has had to address discovery issues in Jeffers v. Chao, C.A. No. 03-1762 (RMC), Gilbert v. Chertoff, C.A. No. 05-2128 (RJL) and O'Brycki v. Perry, C.A. 05-0857 (RWR).  These litigation demands, as well as others, and other personal and professional responsibilities of Counsel for the Defendant, compel this second requested extension of time up to an including October 16, 2007.

WHEREFORE, Defendant submits that this motion for an extension of time, up to and including October 16, 2007, to file a response to the Complaint should be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 498-610


By:         _____/s/_____
        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 616-0739

        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2007, I caused the foregoing Defendant's Second Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Plaintiff *pro se* by mail, postage prepaid, addressed as follows:

**Steven A. Hewitt**
**P.O. Box 401**
**Cobb Island, MD 20625**


_____/s/_____
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STEVEN A. HEWITT, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 07-1097 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| CONDOLEEZZA RICE, | ) | |
| Secretary, U.S. Department of State, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Second Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including October 16, 2007, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Steven A. Hewitt
P.O. Box 401
Cobb Island, MD 20625