# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Steven A. Hewitt,                          :
13270 Main Avenue,                         :
P.O. Box 401,                              :
Cobb Island, MD 20625,                     :
301-259-2032,                              :
    Plaintiff                          :
                                           :
    VS.                                : CIVIL ACTION NO. __07-1097  RWR__
                                           :
Condoleezza Rice,                          :
   Secretary,                              :
Department of State,                       :
2201 C Street N.W.                         :
Washington, DC 20520                       :
    Defendant                       :

## PLAINTIFFS MOTION FOR LEAVE TO FILE NOTICE PLEADINGS IN ORDER TO MEET THE CIVIL PROCEDURE REQUIREMENTS

**Comes** now, the Plaintiff Steven A. Hewitt, unrepresented *Pro-se* in the above mentioned case number Humbly awaiting for a court ordered attorney to be appointed. The Plaintiff hereby Humbly Prays that this Honorable U.S. District Court of Washington DC, will Grant this Motion for Leave to File Notice Pleadings, to make the record straight and to correct the Original Complaint filed in accordance with the Federal Civil Procedure Requirements. Listed below are some examples.



Page 1

The Plaintiff has other Demonstrative Evidence consisting of documents submitted in my original complaint to the EEO. This evidence shows that I absolutely was exhausting every Administrative Remedy in order to receive the proper placement and resolution to the way the (DOS) was treating my case. See. Labeled Document #13, attached hereto, Where I called Mr. McGuire's office dated October 8, 1991 and spoke with a lady named Carol at approximately 2:45 PM and informed her of my dilemma in the way I was being treated and pleaded with her to please help me utilize my skills that I had been trained for in the Electronics Field because I desperately wanted to return to work even if it was part time. She advised me to contact the Head of Personnel Office and speak with Cathy Roberts.

I did as advised and called Ms. Cathy Roberts, the Head of Personnel on October 8, 1991 at approximately 3:15 PM (in my original report I mistakenly listed the date as September 8, 1991, and reversed the order of speaking, but that does not change the facts). I explained to her what was happening to me and the way I was being treated, that I just wanted to be placed in the position that was promised to me. At no time did either of these contacts advice me properly by advising me to contact the EEO office.

Also in the counselor's report from the EEO, filed by Ms. Clemons it states that I started investigating my Civil Rights in 1995 when I purchased a computer. This is erroneous, because I did not purchase my computer until 2003. See attached document. "Sales receipt from Dell Computer". ( I am not asserting that Ms. Clemons is responsible for this erroneous claim, because this whole process has been very grievous and has placed me in a very heavy state of Duress and it may have very well been my mistake of mixing the time of my retirement which was 1995). I have other material evidence to substantiate further, my claims of the negligence on the part of the Department of State to Accommodate me and my Disability and provide Reasonable Care. I have 24 years of official Doctors Medical reports to support the severity of my claim of Disability which my doctor has stated to me, that I Subpoena him to testify when he learned of what the U.S. Attorney had stated as, alleged.

    I do solemnly swear to hold the statements above to be True and Factual, with evidence to support such, so help me God. I Humbly Pray for this to the Honorable Judge Richard W. Roberts. Thank you for your consideration in this matter.

Date: __11/1/07__

Respectfully,
Steven A. Hewitt

*Steven A. Hewitt* (signature)

P.O. Box 401
Cobb Island, MD. 20625
301-259-2032

## **CERTIFICATE OF SERVICE**

I, Steven A. Hewitt, Plaintiff, do hereby certify that, on this <u>1st,</u> day of November, 2007, I proposed the foregoing Motion to Grant The Plaintiffs Motion for Leave to File Notice of Pleadings in Order to Meet the Federal Civil Procedure Requirements. I have sent a copy of this Motion postage pre-paid, by Certified/Registered, Return Receipt to the Assistant U.S. Attorney, Oliver W. McDaniel, Civil Division, 555 Fourth Street, N.W. Washington, D.C. 20530. PH 202-616-0739.

Date: <u>11/1/07</u>

Respectfully,
Steven A. Hewitt

*/s/ Steven A. Hewitt*

P.O. Box 401
Cobb Island, MD. 20625
301-259-2032

Case 1:07-cv-01097-RWR   Document 11   Filed 11/05/2007   Page 5 of 10

Document #13

7717 Wyng... ... Ches
...
city ...
912-6760

Areco Appointment
Dec 6 11:30am
State Dept meeting

Peter A Forest ...
Ito 4360

... 425-6609
... 639...

... 572-(?)...

Caney Rutherford
122-393-0733
862-425-...
Mr. George W324...

Susan Mia Kick
(wanted) 703  347-1011

Called 10/1/07
Cathy ... 3:45 pm





E [illegible]

[illegible] Legal [illegible]

~~[illegible] 9 [illegible]~~

5 / [illegible] / (800) [illegible] 2- [illegible]

(Jack Burgess) [illegible] 0 [illegible]

Fairfax [illegible]

(Jack [illegible]
[illegible] 272 [illegible])

[illegible] 1225 Right [illegible]

[illegible] L [illegible]

202 647-4000

647-5708

605-5708

← Carol called 24's Oct 8

C.M.P.
310 Central Rd
Fredricksburg Va
22401

(Bill)

(Bob)

1-10-0-1-1

703-756-6650

**DELL**
Financing offered through CIT Bank

www.DellFinancialServices.com
See reverse side for important account information and contact information.

**Special Messages for STEVEN A HEWITT**
Remember, there's no minimum purchase required with your Dell Preferred Account

**Account:   6879 4501 2900 5856 086**

## Account Summary

| | | | | |
|---|---|---|---|---|
| Previous Balance | $.00 | Statement Closing Date: | Feb 11, 2003 | |
| Purchase & Other Debits (+) | 1,212.70 | | | Total Credit Line: $5,000.00 |
| Periodic Finance Charges (+) | .00 | Payment Due Date: | Mar 08, 2003 | Total Available Credit Line: $3,787.30 |
| Other Charges (+) | .00 | Current Month Minimum Payment: | $.00 | Amount Over Credit Limit: |
| Payments (-) | .00 | Past Due Amount: | $.00 | |
| Other Credits & Adjustments (-) | .00 | Total Minimum Payment Due: | $.00 | |
| New Balance: | $1,212.70 | | | |

## Transaction Detail

| Credit Plan #: | Transaction Date: | Description: | Reference #: | Amount: |
|---|---|---|---|---|
| 00090-01 | 01-18-03 | DELL PURCHASE - THANK YOU! | DELL #216532326 | 1,023.42 |
| 00090-02 | 01-20-03 | DELL PURCHASE - THANK YOU! | DELL #216532359 | 189.28 |

## Finance Charge Summary  (Please see reverse side for important information)

| Credit Plan #: | Credit Plan Description: | Promotion Expire Date: | Balance Subject to Finance Charge: | Daily Periodic Rate: | Corresponding Annual Percentage Rate: | Days in Cycle: | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| 00090-01 | SAC PURCHASE | 04-18-03 | $.00 | .04243% | 15.49% | 31 | $.00 |
| 00090-02 | SAC PURCHASE | 04-20-03 | $.00 | .04243% | 15.49% | 31 | $.00 |

**Effective ANNUAL PERCENTAGE RATE:   .00%**

The Corresponding APR is the rate of interest you pay on your purchases
The effective APR represents your finance charges including transaction fees such as phone pay fees expressed as a percentage



of State

4216

**United States Department**

**Office of Civil Rights**
Washington, D.C. 20520-

**Date:** November 6, 2006

**TO:** Aggrieved – Steven A. Hewitt

**FROM:** EEO Counselor – Shelia R. Clemons

**SUBJECT:** **Notice of Right to File a Discrimination Complaint**

This is to inform you that I have concluded my inquiry into your complaint of discrimination in which you alleged that based on your **(circle basis(es)) (race, color, religion, sex, age, national origin, disability, reprisal, and/or sexual orientation)**, you were discriminated against when the following occurred:

1. **Event/Date Occurred** – On December 31, 1991, the Agency effected your removal based on your physical inability to perform the duties of your position.

2. **Event/Date Occurred**

3. **Event/Date Occurred**

Because the matter has not been resolved, you are now entitled to file a formal discrimination complaint based on race, color, religion, sex, national origin, disability, age, reprisal, and/or sexual orientation.

**If you decide to file a formal complaint, it must be submitted on the attached, DS-3079 Formal Complaint of Discrimination Form, within 15 calendar days after your receipt of this notice.** It may be filed in person, faxed, or mailed to the following official authorized to receive discrimination complaints:

**Assistant Secretary
U.S. Department of State
Office of Civil Rights (S/OCR)
2201 C Street, NW – Room 7428
Washington, D.C. 20520-7428**

**Fax number: (202) 647-4969**

You must not submit your formal complaint to me, as I am not authorized to receive it on behalf of S/OCR.

1

    Your complaint must be specific and limited to the matters discussed with me. It must also state whether or not you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same issues.

    If you retain an attorney or a representative, you must immediately notify S/OCR **in writing** of the name, address and telephone number of your representative. You and/or your representative will receive a written notice of receipt of your discrimination complaint from the Office of Civil Rights.

    In addition, you must keep the Department informed of your current address. Your failure to do so could result in the dismissal of your complaint.

Attachment:
1. Formal Complaint of Discrimination Form

Acknowledgement of Receipt:

**Aggrieved** _[signature]_ **DATE** 11/5/06         (Rev. 06/04)

2