# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Steven A. Hewitt,
13270 Main Avenue,
P.O. Box 401,
Cobb Island, MD 20625,
301-259-2032,
   Plaintiff

VS.           CIVIL ACTION NO. **07-1097 RWR**

Condoleezza Rice,
 Secretary,
Department of State,
2201 C Street N.W.
Washington, DC 20520
   Defendant

### MOTION TO GRANT THE PLAINTIFF AN EXTENSION OF TIME UNTIL THIS HONORABLE U.S. DISTRICT COURT CAN APPOINT A COURT APPOINTED COUNSEL FOR THE PROTECTION OF MY RIGHTS UNDER THE FIFTH AMENDMENT AND DUE PROCESS OF LAW

**Comes,** the Plaintiff Steven A. Hewitt, unrepresented *Pro-Se* in the above mentioned case number. The Plaintiff hereby Prays for this Honorable US District Court of Washington DC, to appoint legal counsel so that I may receive Due Process of Law. The Plaintiff does not have the potential to present case law which could prove beyond any shadow of a doubt that the Plaintiff was indeed Discriminated against. The evidence submitted in this case supports many violations of law under the CFR.

RECEIVED
NOV - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

Due to the Financial Hardship that the Department of State has imposed on me, I am hardly able to supply the daily basic needs and needed medical attention for myself and my dependant son on the $1,376.15 a month I receive from my disability pension.

I am making this request because I am at the mercy of the court. The Honorable Judge Colleen Kollar-Kotelly, obviously finding merit to my case after giving approval that my case go forward and granted my Petition on 6/01/07 three days after my Petition was Filed on May 29th, 2007. The U.S. Attorney's Office has raised so many Precedents to validate their position that I cannot answer to, because of my limited knowledge of Civil Procedure and Substantive Law so that I may have a Fair Hearing.

I, Steven A. Hewitt, am Respectfully Praying that the Honorable Judge Richard W. Roberts will Grant my Request for Court Appointed Counsel before any other rulings are made.

Date: 11/1/07

Respectfully,
Steven A. Hewitt

*Steven A. Hewitt*

P.O. Box 401
Cobb Island, MD 20625
301-259-2032

## CERTIFICATE OF SERVICE

I, Steven A. Hewitt, Plaintiff, do hereby certify that, on this 1st, day of November, 2007, I proposed the foregoing Motion to Grant the Plaintiff an extension of time until this Honorable Court can appoint, court appointed counsel to protect the plaintiffs Fifth Amendments Rights to Due Process of Law. This copy being sent postage pre-paid, by Certified/Registered, Return Receipt to the Assistant U.S. Attorney Oliver W. McDaniel, Civil Division, 555 Fourth Street, N.W. Washington, D.C. 20530.
PH 202-616-0739

Date: 11/5/07

Respectfully,
Steven A. Hewitt

*Steven G Hewitt*

P.O. Box 401
Cobb Island, MD 20625
301-259-2032