## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Steven A. Hewitt,        :
13270 Main Avenue,     :
P.O. Box 401,         :
Cobb Island, MD 20625,  :
301-259-2032,         :
**COMPLAINANT**       :
                    :
    VS.            :    CIVIL ACTION NO.  <u>07-1097 RWR</u>
                    :
Condoleezza Rice,      :
   Secretary,         :
Department of State,    :
2201 C Street N.W.      :
Washington, DC 20520   :
**DEFENDANT**         :

## PLAINTIFF'S MOTION FOR THIS HONORABLE COURT
## TO ORDER DISCOVERY UPON THE DEFENDANT

    I, Steven A. Hewitt, the Plaintiff in the above mentioned case number, do hereby request that Discovery be made upon the Defendant to show the reasons why I was removed from my Elevator Job and reassigned to a Shuttle Bus Driving Job, even after completing the required retraining at Tesst Computer College which was illegal according to Code of Regulations and EEOC Rules. I do Humbly and Respectfully ask for this.

Date; <u>11/5/07</u>

                            Respectfully,
                            Steven A. Hewitt

*Steven a. Hewitt*

                            P.O. Box 401
                            Cobb Island, MD. 20625
                            301-259-2032

**RECEIVED**

NOV - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF NOTICE

I, Steven A. Hewitt, the Plaintiff in the above mentioned case number, do hereby Certify that a copy of this Plaintiff's Motion for the Court to Order Discovery upon the Defendant has been mailed U.S. Postal Pre-paid, Certified/Registered, Return Receipt to the Assistant U.S. Attorney Oliver W. McDaniel, Civil Division, 555 Fourth Street, N.W. Washington D.C. 20530. PH 202-616-0739

Date; 11/5/07                          Respectfully,
                                       Steven A. Hewitt


                                       P.O. Box 401
                                       Cobb Island, MD. 20625
                                       301-259-2032