UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. HEWITT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-1097 (RWR) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary, U.S. Department of State, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
A REPLY MEMORANDUM TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file her reply memorandum to Plaintiff's Opposition to Defendant's Motion to Dismiss or in the alternative, for Summary Judgment, from November 16, 2007, up to and including December 6, 2007. Plaintiff, *pro se*, indicated that he would not oppose this extension. As grounds for this motion, Defendant submits the following:

Counsel for Defendant needs additional time because in Plaintiff's opposition, he makes reference to persons whom Defendant must attempt to identify in order to provide a more effective response. Moreover, Counsel for the Defendant's demanding litigation schedule necessitates this request for an extension of time to draft the motion. Specifically, Counsel for Defendant is conducting depositions during most of this week in the class action suit, Johnson v. Government of the District of Columbia, 02-2364 (RMC). Counsel will also be conducting depositions during the

week of November 26, 2007 in <u>Gilbert v. Chertoff</u>, 05-2128 (RJL). In addition, Counsel for the Defendant has several substantial filings in the District Court in the coming weeks: (1) a Response to the Complaint in <u>Sulton v. Peters</u>, 07-1470 (EGS) and (2) an Opposition to Plaintiff's Motion to Amend Complaint in <u>Getz v. Lambright</u>, 05-1195 (HHK) due on November 26, 2007. Counsel for Defendant is also involved in ongoing mediation efforts in <u>Kriesch v. Connor</u>, 05-2402 (RMC). These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested extension until December 6, 2007.

WHEREFORE, Defendant submits that this unopposed motion for an extension of time up to and including December 6, 2007, to file a response to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the alternative should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:  _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of November, 2007, I caused the foregoing **Defendant's Unopposed Motion for an Extension of Time to File a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion to Dismiss or In the Alternative, for Summary Judgment** to be served on Plaintiff *pro se* by U.S. mail, postage prepaid, addressed as follows:

**Steven A. Hewitt**
**P.O. Box 401**
**Cobb Island, MD 20625**

_____/s/_____
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. HEWITT, )<br>)<br>Plaintiff ) | Civil Action No. 07-1097 (RWR) |
| )<br>v. )<br>) | |
| CONDOLEEZZA RICE, )<br>Secretary, U.S. Department of State, )<br>)<br>Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time to File a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion to Dismiss or In the Alternative, for Summary Judgment, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including December 6, 2007, to file a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion to Dismiss or In the Alternative, for Summary Judgment.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Steven A. Hewitt
P.O. Box 401
Cobb Island, MD 20625