UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. HEWITT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1097 (RWR) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary of State, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE NOTICE PLEADINGS

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully submits this response to Plaintiff's motion for leave to file notice pleadings in order to meet the civil procedure requirements. It appears that Plaintiff has failed to follow the proper procedures for seeking to amend his complaint.

DISCUSSION

The Plaintiff has filed his motion for leave to file notice pleadings in an apparent effort to amend his complaint. However, Plaintiff has not followed the procedures set forth in Fed. R. Civ. P. 15. Plaintiff has not filed a motion for leave to file an amended complaint. Plaintiff has not filed a proposed amended complaint, but appears to have included proposed language in his motion. Such an approach fails to follow the rules, even under the more liberal standard applied to *pro se* litigants. Defendant cannot properly respond to a motion so styled and so crafted.

WHEREFORE, Defendant respectfully submits that Plaintiff's Motion for Leave to File Notice Pleadings should be denied.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 498-610

By:     _____/s/_____
        OLIVER W. McDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 616-0739 / (202) 514-8780 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of December, 2007, I caused the foregoing Response to Plaintiff's Motion for Leave to File Notice Pleadings, to be served by the Electronic Court Filing system, and a paper copy thereof, postage pre-paid, by mail, on the Plaintiff as follows:

Steven A. Hewitt
13270 Main Avenue
P.O. Box 401
Cobb Island, MD 20625

/s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739