UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. HEWITT )<br> )<br>      Plaintiff, )<br> )<br>   v. )<br> )<br>CONDOLEEZZA RICE, )<br>Secretary of State, )<br> )<br>      Defendant. )<br>_____) | Civil Action No. 07-1097 (RWR) |

**NOTICE OF FILING**
**CORRECTED CERTIFICATES OF SERVICE**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully notifies the Court and Plaintiff, *Pro se*, of the filing of the attached corrected certificates of service for Defendant's most recent filings, her Memorandum in Opposition to Plaintiff's Motion for Discovery (Docket Document 18) and her Response to Plaintiff's Motion for Leave to File Notice Pleadings (filed as an opposition) (Docket Document 19). The original certificates of service mistakenly reflected the date of service as December 19, 2007, instead of November 19, 2007.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY
                                D.C. BAR NUMBER 498-610


               By:                         /s/
                                OLIVER W. McDANIEL, D.C. Bar No. 377-360
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, N.W.
                                Washington, D.C. 20530
November 20, 2007               (202) 616-0739 / (202) 514-8780 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of November, 2007, I caused the foregoing Memorandum in Opposition to Plaintiff's Motion for Discovery, to be served by the Electronic Court Filing system, and a paper copy thereof, postage pre-paid, by mail, on the Plaintiff as follows:

Steven A. Hewitt
13270 Main Avenue
P.O. Box 401
Cobb Island, MD 20625

/s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of November, 2007, I caused the foregoing Response to Plaintiff's Motion for Leave to File Notice Pleadings, to be served by the Electronic Court Filing system, and a paper copy thereof, postage pre-paid, by mail, on the Plaintiff as follows:

Steven A. Hewitt
13270 Main Avenue
P.O. Box 401
Cobb Island, MD 20625

/s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739