UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| STEVEN A. HEWITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1097 (RWR) |
| | ) | |
| CONDOLEEZZA RICE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pending are plaintiff's separate motions for discovery, "to file notice pleadings," and to enlarge the time presumably for him to prosecute the case pending the appointment of counsel. Plaintiff acknowledges in a supplemental affidavit filed November 27, 2007 [Dkt. No. 21] that he was confused by defendant's dispositive motion and "inadvertently filed a Notice of Pleading." Notice to File Supplemental Affidavit to Plaintiff's Motion in Opposition to Dismiss or, Alternative for Summary Judgment at 2. Plaintiff's motion for leave to file notice pleadings is considered withdrawn. In light of defendant's pending dispositive motion, to which plaintiff has responded, and the Order of November 6, 2007, denying plaintiff's motion for appointment of counsel, it is

ORDERED that the motion to compel discovery [Dkt. No. 13] is DENIED without prejudice to reconsideration after resolution of the pending dispositive motion; it is further

ORDERED that plaintiff's motion "to file notice pleadings" [Dkt. No. 11] is STRICKEN; and it is further

ORDERED that plaintiff's motion to enlarge the time pending the appointment of counsel [Dkt. No. 12] is DENIED as moot.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE: December 10, 2007