UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. HEWITT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1097 (RWR) |
| CONDOLEEZZA RICE, | ) |
| Defendant. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion to dismiss or for summary judgment [Dkt. No. 10] is GRANTED. Plaintiff's Title VII claim is dismissed, and judgment is entered for the defendant on plaintiff's Rehabilitation Act claim. This is a final appealable Order.


_____/s/_____
RICHARD W. ROBERTS
DATE: June 17, 2008                United States District Judge